JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WALL, et al., | Case No. CV 22-4668 FMO (SKx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| JOHN AINSWORTH, in his official capacity as Executive Director of the California Coastal Commission, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Defendants' Motion to Dismiss, IT IS ADJUDGED THAT the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 13th day of August, 2023.

/s/
Fernando M. Olguin
United States District Judge